**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Reshare Commerce, LLC,  Civil No. 13-2478 (DWF/SER)

      Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Moroccanoil, Inc.,

      Defendant.

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated June 4, 2014.  (Doc. No. 7.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

    1.    Magistrate Judge Steven E. Rau's Report and Recommendation (Doc. No. [7]) is **ADOPTED**.

    2.    This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 20, 2014        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge